**Opinion issued May 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00612-CV**

———————————

## IN RE TRUST ME INC., SEABROOK ASSETS LLC, AND DONNA LAZZARI, ADMINISTRATOR OF THE ESTATE OF CRAIG C. LAZZARI, DECEASED, Relators[1]

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Seabrook Assets LLC, Trust Me Inc., and Donna Lazzari as

Administrator of the Estate of Craig Lazzari have filed a petition for writ of

---

[1] Relators' petition for writ of mandamus is incorrectly styled as "*In re Lisa Dickson*." *See* TEX. R. APP. P. 52.1 (requiring petition to be captioned "*In re* [name of relator]."); 52.2 ("The party seeking the relief is the relator."). Lisa Dickson is not a relator; she is the real party in interest in this proceeding. Accordingly, we correct the style of this original proceeding to reflect the names of the realtors filing the petition.

mandamus challenging the trial court's order denying relators' Motion to Strike Lisa Dickson's Petition in Intervention.[2] We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

---

[2] The underlying case is *Barbara Proesniz, Executor of the Estate of Cindi Lazzari, Deceased v. Trust Me Inc., Seabrook Assets LLC, and Donna Lazzari as Administrator of the Estate of Craig Lazzari, Deceased*, cause number 2020-64104, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.